1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                              EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | No. 2:24-cr-00012-TLN |
| 12              Plaintiff, | |
| 13        v. | **RELATED CASE ORDER** |
| 14  DELANIOUS WARD, et al, | |
| 15              Defendants. | |
| 16 | |
| 17  UNITED STATES OF AMERICA, | No. 2:11-cr-00424-KJM |
| 18              Plaintiff, | |
| 19        v. | |
| 20  ALBERT GURLEY, | |
| 21              Defendant. | |
| 22 | No. 2:21-cr-00019-KJM |
| 23  UNITED STATES OF AMERICA, | |
| 24              Plaintiff, | |
| 25        v. | |
| 26  CRAIG HUNTER, | |
| 27              Defendant. | |

28

1

Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123.  Pursuant to Local Rule 123(f), "the actions shall be related to the Judge…assigned to the new criminal action…unless the original sentencing judge desires to retain the first action."  Here, judicial economy is also best served if the Court assigned to the new criminal action retains the cases, as the defendants are charged in a drug-trafficking wiretap conspiracy. The wiretap applications were also reviewed and approved by the Court to which the new action was assigned.

Relating the cases under Local Rule 123, however, merely has the result that the actions are assigned to the same judge, it does not consolidate the actions.

IT IS THEREFORE ORDERED that the actions denominated 2:11-cr-00424-KJM and 2:21-cr-00019-KJM are reassigned to District Judge Troy L. Nunley, and the captions shall read 2:11-cr-00424-TLN and 2:21-cr-00019-TLN.  Any dates currently set in reassigned cases are hereby VACATED.

IT IS SO ORDERED.

DATED: March 7, 2024

Troy L. Nunley
United States District Judge