MICHELE BECKWITH
Acting United States Attorney
HADDY ABOUZEID
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00012-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS OF JUDGMENT AND SENTENCING DATE |
| v. | |
| DELANIOUS WARD, | DATE: June 5, 2025 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status of sentencing on June 5, 2025. (ECF No. 208).

2. By this stipulation, the parties now move to continue this matter for a status of sentencing on August 21, 2025, at 9:30 a.m.

3. The reason for this continuance is continuing investigation bearing on the sentencing factors and recommendations.

IT IS SO STIPULATED.

Dated: June 3, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ HADDY ABOUZEID
HADDY ABOUZEID
Assistant United States Attorney

Dated: June 3, 2025

/s/ MARK J. REICHEL
MARK J. REICHEL
Counsel for Defendant
DELANIOUS WARD

## ORDER

The Court hereby continues the status of judgment and sentencing hearing to August 21, 2025, at 9:30 a.m. The June 5, 2025, hearing date is hereby vacated.

DATED: June 3, 2025

Troy L. Nunley
Chief United States District Judge