ERIC GRANT
United States Attorney
HADDY ABOUZEID
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DELANIOUS WARD,<br><br>Defendant. | CASE NO. 2:24-CR-00012-TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS OF JUDGMENT AND SENTENCING DATE<br><br>DATE: August 21, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status of sentencing on August 21, 2025. (ECF No. 233).

2. By this stipulation, the parties now move to continue this matter for a status of sentencing on October 30, 2025.

3. The reason for this continuance is continuing investigation bearing on the sentencing factors and recommendations.

///

///

///

IT IS SO STIPULATED.

Dated: August 15, 2025

ERIC GRANT
United States Attorney

/s/ HADDY ABOUZEID
HADDY ABOUZEID
Assistant United States Attorney

Dated: August 15, 2025

/s/ MARK J. REICHEL
MARK J. REICHEL
Counsel for Defendant
DELANIOUS WARD

**ORDER**

The Court hereby continues the status of judgment and sentencing hearing to October 30, 2025, at 9:30 a.m. The August 21, 2025, hearing date is hereby vacated.

DATED: August 15, 2025

THE HONORABLE TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE