**MARK REICHEL, State Bar #155034**
**REICHELLAW PC**
455 Capitol Mall, Suite 802
Sacramento, CA  95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com

Attorney for Defendant
DELANIOUS WARD

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:24-CR-00012-TLN |
| Plaintiff, | ) STIPULATION REGARDING |
| | ) MODIFICATION OF SENTENCING |
| vs. | ) SCHEDULE; ORDER |
| | ) DATE: MARCH 26, 2026 |
| | ) TIME: 9:30 AM |
| DELANIOUS WARD, | ) COURT: Hon. Troy L. Nunley |
| Defendant | ) |

## STIPULATION

The parties have agreed to continue the date for sentencing March 26, 2026. From March 16-20, defense counsel, under court appointment, is in a lengthy preliminary examination in Modoc County; People v Chambers et al. It is a homicide case involving three defendants and three attorneys. It is the only time the lawyers and the court are available. The defendants have been in custody and will not waive further time. Based thereon, the parties hereby stipulate to a continuance of the Judgement and Sentencing date and scheduling dates as follows:

Judgment and Sentencing Date:                    March 26, 2026, at 9:30 a.m.

Reply, or Statement of Non-Opposition:                    March 19, 2026

| | |
|---|---|
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | March 12, 2026 |
| The final Presentence Report shall be filed with the Court no later than: | March 5, 2026 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | February 26, 2026 |
| The draft Presentence Report has been disclosed to the parties on: | February 13, 2026 |

All parties request the Court issue an Order consistent with this stipulation.

IT IS SO STIPULATED.

Dated: February 19, 2026

Eric Grant
United States Attorney

*/s/DAVID SPENCER*
DAVID SPENCER
Assistant United States Attorney

Dated: February 19, 2026

REICHELLAW PC

*/s/ MARK REICHEL*
MARK REICHEL
Counsel for Defendant
Delanious Ward

## ORDER

Based on the agreement and stipulation of the parties, IT IS SO ORDERED on this 4th day of March 2026.

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE